# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

ROGER RICE,
    Plaintiff,

-vs-                                              Case No.  1:11-CV-102

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

---

## JUDGMENT IN A CIVIL CASE

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

### IT IS ORDERED AND ADJUDGED

that the Report and Recommendation (doc. 9) of the Magistrate Judge is ADOPTED in full. The defendant's decision to deny Plaintiff's applications for disability insurance benefits and supplemental security income is AFFIRMED.  This matter is CLOSED.

Date:  February 17, 2012                                    JAMES BONINI, CLERK


                                                          By: s/Emily Bromwell Hiltz
                                                          Emily Bromwell Hiltz,  Deputy Clerk